IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JULIE A. RODRIGUE; | )   Civil No.: 11-1165 JNE/TNL |
| THOMAS A. RODRIGUE; | ) |
| STATE OF MINNESOTA; | ) |
| U.S. BANK, N.A.; | ) |
| ANOKA COUNTY, MINNESOTA; | ) |
| TCF FINANCIAL CORPORATION; | ) |
| ASSOCIATED BANC-CORP.; and | ) |
| WELLS FARGO & COMPANY; | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING
UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

On April 29, 2014, this Court heard oral argument on the United States' Motion for Summary Judgment [Dkt. # 54].  Defendants did not oppose the motion.  At oral argument, the Court indicated on the record that it adopted the legal arguments and Statement of Undisputed Facts in the United States' Memorandum in Support [Dkt. ## 56, 28].  Therefore, upon consideration of the United States' Motion for Summary Judgment and for good cause shown, this Court ORDERS that:

   1.  The United States' Motion is GRANTED;

   2.  Judgment is entered in favor of the United States and against Julie Rodrigue in the amount of $310,993.36, plus such statutory interest that has and will continue to accrue thereon from November 29, 2013 until fully paid;

     3.  The United States' federal tax liens are valid and subsisting liens that attach to all property and rights to property of Julie Rodrigue including the property at 10523 Pierce Street, N.E., Blaine, MN 55434;

     4.  The United States' federal tax liens are enforced against the property at 10523 Pierce Street, N.E., Blaine, MN 55434 and that property shall be sold in accordance with the order of the sale concurrently filed with this judgment; and

     5.  Non-answering Defendants, U.S. Bank, N.A., Associated Banc-Corp, and Wells Fargo Company, have no interest in the property at 10523 Pierce Street, N.E., Blaine, MN 55434.


DATE: May 15, 2014                                            s/Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                           United States District Court Judge